# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARRELL R. MYERS            JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,            CASE NUMBER: C07-5110RJB
Commissioner of Social Security

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court ADOPTS the Report and Recommendation, Dkt 11, and the Defendant's Motion to Dismiss, Dkt #5, is GRANTED.

July 12, 2007                                     BRUCE RIFKIN
                                                                                       Clerk

                                                                                       /s/Dara L. Kaleel
                                                                                       By Dara L. Kaleel, Deputy Clerk